UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KUBICKI VENTURE INVESTMENTS, LLC, an Ohio limited liability company, | CASE NO. 1:12 cv 00551 - SJD |
| | Chief Judge Dlott |
| Plaintiff, | ORDER DENYING DEFENDANT PANACHE'S MOTION FOR STAY OR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT ONE OF COMPLAINT |
| vs. | |
| PANACHE HOLDINGS LLC, a New York limited liability company, et al., | |
| Defendants. | |

Defendant Panache Holdings LLC has moved for a stay of proceedings against it, or alternatively for an indefinite extension of time for it to respond to plaintiff's motion for partial summary judgment on Count One of the complaint. (Doc. 18) Finding that such motion is not well taken, the motion is hereby denied. Said defendant is ordered to file its response to plaintiff's motion for partial summary judgment on or before ~~August 31, 2012~~ September 7, 2012.

SO ORDERED.

_____
Susan J. Dlott, Chief Judge
United States District Court

Submitted by/:

John B. Pinney
Trial Attorney for Plaintiff